No. 944. SALOMONS *v.* CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied. *Harry M. Umann* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 948. BEARDEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *M. Neil Andrews* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 966. G. & K. INVESTMENT Co. *v.* HARRISON ET AL. Supreme Court of Mississippi. Certiorari denied. *Elizabeth Watkins Hulen* for petitioner. *Frederick Bernays Wiener* for respondents.

No. 972. SOCONY-VACUUM OIL Co., INC., ET AL. *v.* LAWLOR. C. A. 2d Cir. Certiorari denied. *Herbert C. Smyth* and *Frank A. Bull* for petitioners. *Nathan Baker, Bernard Chazen* and *Milton Garber* for respondent.

No. 517, Misc. IN RE NELSON. Supreme Court of Montana. Certiorari denied. Petitioner *pro se. Forrest H. Anderson,* Attorney General of Montana, *William F. Crowley,* First Assistant Attorney General, and *Alfred B. Coate,* Assistant Attorney General, for respondent.

No. 223, Misc. GRAFF *v.* OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.